Law Offices of Stephen Nutting, LLC
TIBERIUS D. MOCANU
Marianas Business Plaza, 6th Floor
P.O. Box 5093
Saipan, MP 96950
Commonwealth of the Northern Mariana Islands
Tel.:    (670) 234-6891
Fax:    (670) 234-6893
Email:  Tiberiusmocanu@gmail.com
Attorneys for Defendant, Gold Mantis

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TIANMING WANG, DONG HAN, YONGJUN MENG, LIANGCAI SUN, YOULI WANG, QINGCHUN XU, and DUXIN YANG | ) CASE NO. CV-18-000030 |
| | ) |
| | ) GOLD MANTIS CONSTRUCTION |
| | ) DECORATION (CNMI) LLC'S ANSWER |
| Plaintiffs, | ) TO PLAINTIFFS' FIRST AMENDED |
| | ) COMPLAINT |
| v. | ) |
| | ) |
| GOLD MANTIS CONSTRUCTION DECORATION (CNMI), LLC, MCC INTERNATIONAL SAIPAN LTD. CO., and IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | |

COMES NOW, the undersigned counsel Tiberius D. Mocanu, on behalf of the Defendant Gold Mantis Construction Decoration (CNMI), LLC ("Gold Mantis"), and hereby Answer's Plaintiffs' First Amended Complaint as follows:

## **Introduction**

Paragraphs 1-8 are written in narrative form and are conclusory. To the extent they make factual allegations not contained in the body of the First Amended Complaint, Gold Mantis denies the allegations.

## **Jurisdiction & Venue**

9.  Admitted

10. Admitted

11. Admitted

## **Parties**

12. Admitted

13. Admitted

14. Admitted

15. Admitted

16. Admitted

17. Admitted

18. Admitted

19. Admitted

20. Admitted

21. Admitted

22. Admitted

23. Admitted

24. Denied

25. Admitted

26. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

27. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

28. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

29. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

30. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

31. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

32. No answer is necessary

### Facts

33. Admitted

34. Admitted

35. Admitted

36. Admitted

37. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

38. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

39. Denied

40. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

41. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

42. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

43. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

44. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

45. Denied

46. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

47. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

48. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

49. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

50. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

51. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

52. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

53. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

54. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

55. Denied

56. Denied

57. Denied

58. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

59. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

60. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

61. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

62. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

63. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

64. Denied

65. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

66. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

67. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

68. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

69. Denied

70. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

71. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

72. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

73. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

74. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

75. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

76. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

77. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

78. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

79. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

80. Gold Mantis denies that "Supervisor Kong" was its manager or an employee of Gold Mantis. Gold Mantis is without sufficient information to admit or deny the remaining allegations contained in this paragraph and thus denies the same.

81. Denied

82. Denied

83. Denied

84. Admitted

85. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

86. Denied to the extent that it was Gold Mantis that was assigning overtime work.

87. Denied

88. Admitted that Gold Mantis provided food for some of the workers on the job site. Denied as to the remaining allegations.

89. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

90. Denied

91. Denied

92. Denied

93. Admitted that Gold Mantis employed a safety officer and that that person's duty was to maintain a safe workplace. The remainder of the allegations are denied.

94. Admitted that Gold Mantis was delinquent in paying its workers the minimum wage required under applicable laws. Gold Mantis is without sufficient

information to admit or deny the remaining allegations contained in this paragraph and thus denies the same.

95. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

96. Denied

97. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

98. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

99. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

100. Denied

101. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph as they relate to Supervisor Kong and thus denies the same. Gold Mantis further denies the remainder of the allegations in the paragraph.

102. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

103. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

104. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

105. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

106. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

107. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

108. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

109. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

110. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

111. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

112. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

113. Gold Mantis is without sufficient information to admit or deny whether Supervisor Kong physically assaulted "a Gold Mantis" employee and thus denies

the allegations. Gold Mantis denies the allegation which implies that Supervisor

Kong was a Gold Mantis employee and thus could be "terminated."

114. Gold Mantis is without sufficient information to admit or deny the allegations

contained in this paragraph and thus denies the same.

115. Denied

116. Denied

117. Denied

118. Denied

119. Gold Mantis is without sufficient information to admit or deny the allegations

contained in this paragraph and thus denies the same.

120. Denied

121. Gold Mantis is without sufficient information to admit or deny the allegations

contained in this paragraph and thus denies the same.

122. Gold Mantis is without sufficient information to admit or deny the allegations

contained in this paragraph and thus denies the same.

123. It is admitted that Gold Mantis management returned to China in and around

March of 2017, however any correlation to the remaining allegations in the

paragraph is denied as well as the other allegations contained therein.

124. Denied

125. It is admitted that Gold Mantis settled certain labor disputes with the U.S. Department of Labor. The remaining allegations or correlation to the same are denied.

126. Admitted

127. Denied

128. Admitted

129. Admitted

130. Admitted to the extent that Gold Mantis had an obligation to comply with OSHA regulations and other applicable laws as it relate to their employees. Denied as to the remainder of the allegations.

131. Denied

132. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

133. Denied

134. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

135. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

136. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

137. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

138. Denied to the extent that the paragraph is in reference to Gold Mantis

139. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

140. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

141. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

142. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

143. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

144. Admitted

145. Denied

146. Admitted to the extent that OSHA found violations committed by Gold Mantis. Gold Mantis is without information to admit or deny the remaining allegations and thus denies the same.

147. Admitted

148. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

149. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

150. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

151. Denied

152. Admitted to the extent that a fire occurred in or around the date alleged. Gold Mantis is without sufficient information to admit or deny the remaining allegations and thus denies the same.

153. Admitted that a worker died on or about the date alleged. Gold Mantis is without sufficient information to admit or deny the remaining allegations and thus denies the same.

154. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

155. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

156.  Denied to the extent the allegation is directed toward Gold Mantis. To the extent that the allegation is directed to the other Defendants, Gold Mantis is without sufficient information to admit or deny the allegation and thus denies the same.

157. Denied to the extent the allegation is directed toward Gold Mantis. To the extent that the allegation is directed to the other Defendants, Gold Mantis is

without sufficient information to admit or deny the allegation and thus denies

the same.

158. Denied to the extent the allegation is directed toward Gold Mantis. To the

extent that the allegation is directed to the other Defendants, Gold Mantis is

without sufficient information to admit or deny the allegation and thus denies

the same.

159. Denied to the extent the allegation is directed toward Gold Mantis. To the

extent that the allegation is directed to the other Defendants, Gold Mantis is

without sufficient information to admit or deny the allegation and thus denies

the same.

160. Denied to the extent the allegation is directed toward Gold Mantis. To the

extent that the allegation is directed to the other Defendants, Gold Mantis is

without sufficient information to admit or deny the allegation and thus denies

the same.

161. Denied to the extent the allegation is directed toward Gold Mantis. To the

extent that the allegation is directed to the other Defendants, Gold Mantis is

without sufficient information to admit or deny the allegation and thus denies

the same.

162. Gold Mantis is without sufficient information to admit or deny the allegations

contained in this paragraph and thus denies the same.

163. Denied

164. Denied to the extent the allegation is directed toward Gold Mantis. To the extent that the allegation is directed to the other Defendants, Gold Mantis is without sufficient information to admit or deny the allegation and thus denies the same.

165. Denied to the extent the allegation is directed toward Gold Mantis. To the extent that the allegation is directed to the other Defendants, Gold Mantis is without sufficient information to admit or deny the allegation and thus denies the same.

166. Denied to the extent the allegation is directed toward Gold Mantis. To the extent that the allegation is directed to the other Defendants, Gold Mantis is without sufficient information to admit or deny the allegation and thus denies the same.

167. Denied to the extent the allegation is directed toward Gold Mantis. To the extent that the allegation is directed to the other Defendants, Gold Mantis is without sufficient information to admit or deny the allegation and thus denies the same.

168. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

169. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

170. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

171. Admitted

172. Admitted

173. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

174. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

175. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

176. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

177. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

178. Denied

179. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

180. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

181. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

182. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

183. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

184. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

185. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

186. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

187. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

188. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

189. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

190. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

191. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

192. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

193. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

194. Admitted

195. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

196. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

197. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

198. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

199. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

200. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

201. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

202. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

203. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

204. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

205. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

206. Gold Mantis admits that there was a protest in January of 2017 by workers who alleged they were owed money by Gold Mantis.

207. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

208. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

209. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

210. Admitted

211. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

212. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

213. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

214. Denied

215. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

216. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

217. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

218. Denied

219. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same. Gold Mantis denies that its manager instructed Plaintiff to perform the task alleged.

220. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

221. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

222. Gold Mantis denies that Mr. Kong was either its employee or agent. Gold Mantis admits that it did have personnel at the job site on the day that Plaintiff was injured and that it was aware that he was injured.

223. Denied

224. Denied

225. Denied

226. Gold Mantis denies directing Plaintiff in any manner. As for the remainder of the allegations contained in this paragraph, Gold Mantis is without sufficient information to admit or deny and therefore denies the same.

227. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

228. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

229. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

230. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

231. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

232. Denied to the extent that this paragraph alleges that Gold Mantis had a specific duty of care to the Plaintiff and that it breached that duty.

233. Denied

234. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

235. Denied

236. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

237. Gold Mantis admits that it had personnel at the work site when Mr. Han was allegedly injured.

238. Denied

239. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

240. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

241. Denied

242. Gold Mantis denies that Mr. Meng was "employed" by Gold Mantis. The remaining allegations in this paragraph are admitted.

243. Denied.

244. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

245. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

246. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

247. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

248. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

249. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

250. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

251. Denied

252. Denied

253. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

254. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

255. Denied

256. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

257. Gold Mantis denies that Mr. Sun was its employee.

258. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

259. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

260. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

261. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

262. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

263. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

264. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

265. Gold Mantis denies that Mr. Youli Wang was its employee. The remainder of the allegation in this paragraph is admitted.

266. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

267. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

268. Denied

269. Denied

270. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

271. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

272. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

273. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

274. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

275. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

276. Denied

277. Gold Mantis denies that Mr. Xu was its employee.

278. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

279. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

280. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

281. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

282. Denied

283. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

284. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

285. Denied

286. Gold Mantis denies that Mr. Du was its employee.

287. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

288. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

289. Admitted

290. Denied

291. Denied

292. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

293. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

294. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

295. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

296. Denied

297. Denied

298. Denied

299. Denied

300. Denied

301. Denied

302. Denied

303. Admitted

304. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

305. Admitted

306. Admitted

307. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

308. The paragraph does not call for a response.

309. Denied

310. Denied

311. Denied

312. Denied

313. Denied

314. Denied

315. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

316. Gold Mantis is without sufficient information to admit or deny the allegations contained in this paragraph and thus denies the same.

317. Denied

318. Denied

319. Denied

320. Denied

321. Denied

322. Denied

323. No response necessary

324. Denied

325. Denied

326. Denied

327. Denied

328. Denied

329. No response necessary

330. Denied

331. Denied

332. This paragraph as well as its associated subsections is denied

333. Denied

334. Denied

335. Denied

336. No response is necessary

337. Admitted that section 9304(c) deals with the payment of subcontractors. Any legal conclusion implied from the recitation of this section is denied.

338. Gold Mantis admits that Plaintiffs were the employees of a subcontractor. It does not have sufficient information to admit or deny whether the subcontractor has paid the Plaintiffs and thus denies the same.

339. Admitted

340. Denied

## **Affirmative Defenses**

1. Plaintiffs have failed to state a claim for which relief can be granted.

2. Statute of Limitations

3. Accord and Satisfaction

4. Assumption of the Risk

5. Contributory Negligence

6. Estoppel

7. Fraud

8. Illegality

9. Injury by Fellow Servant

10. Laches

11. License

12. Payment

13. Release

14. Waiver

Dated: July 8, 2019

_____/s/_____
TIBERIUS D. MOCANU
Attorney for Defendant Gold Mantis