F I L E D
 Clerk
 District Court
JAN 03 2020
for the Northern Mariana Islands
By_____
    (Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| TIANMING WANG, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>GOLD MANTIS CONSTRUCTION DECORATION (CNMI), LLC., MCC INTERNATIONAL SAIPAN LTD, CO., and IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>        Defendants. | Case No.: 18-cv-00030<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT** |

    BEFORE the Court is Attorney Phillip Tydingco's Motion to Withdraw as Counsel for Defendant Imperial Pacific (ECF No. 58), along with his declaration informing the Court that he will no longer be employed by Defendant or authorized to represent Defendant as its attorney (ECF No. 59). On August 19, 2019, Attorney Kelley Butcher filed a notice of appearance on behalf of Defendant. (ECF No. 39.) For good cause shown, the Court GRANTS Attorney Tydingco's Motion to Withdraw.

    IT IS SO ORDERED this 3rd day of January, 2020.

                                                                                                                                                 */s/*
                                                                                              RAMONA V. MANGLONA
                                                                                              Chief Judge