**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

F I L E D
Clerk
District Court
SEP 10 2020
for the Northern Mariana Islands
By_____
(Deputy Clerk)

|  |  |
|---|---|
| TIANMING WANG, *et al.*, | Case No. 18-cv-0030 |
| Plaintiffs, | |
| v. | **ORDER GRANTING STIPULATED PROTECTIVE ORDER FOR PLAINTIFFS' PRODUCTION OF INFORMATION** |
| GOLD MANTIS CONSTRUCTION DECORATION (CNMI), LLC, *et al.*, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiffs, Defendant MCC International Saipan Ltd. Co., and Defendant Gold Mantis Construction Decoration (CNMI), LLC (together, "Parties"), through their respective counsel, have agreed that the Stipulated Protective Order (ECF No. 242) shall govern the production of information by Plaintiffs in the above-captioned case ("Litigation"). The Court finds that good cause exists for entry of this Order to prevent the disclosure of sensitive information and the unauthorized disclosure of confidential information during this Litigation. Accordingly, the Stipulated Protective Order filed at ECF No. 242 is hereby approved and fully incorporated by reference as an order of this Court upon the Parties.

SO ORDERED on this 10th day of September, 2020.

_____
RAMONA V. MANGLONA
Chief Judge