F I L E D
Clerk
District Court

SEP 11 2020

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

TIANMING WANG *et al*,

                    Plaintiffs,

      v.

GOLD MANTIS CONSTRUCTION DECORATION (CNMI), LLC, et al.

                    Defendants.

Case No. 1: 18-cv-00030

**ORDER RE:
SETTLEMENT CONFERENCE
STATEMENTS**

     A settlement conference in this matter will be held on **September 21, 2020 at 9:00 a.m.** before the Honorable Heather L. Kennedy.

     Parties must exchange settlement statements prior to the conference by September 17, 2020. Parties must also submit these statements along with any additional information that may assist the judge during settlement discussions, by emailing them to heather_kennedy@nmid.uscourts.gov. by September 17, 2020. These statements will not become part of the case file and will only be used for conducting settlement discussions in this matter. Any additional information submitted to the judge only will not be shared with the other party without consent. Statements should include: a brief outline of the facts of the case; undisputed issues and major issues in dispute; remedy sought, such as general damages, special damages and punitive damages; previous demand(s) and counteroffer(s); and any other information which may encourage settlement of this matter. Settlement statements must be no longer than 10 double spaced typewritten pages. Each party must attend the conference with an authorized representative possessing settlement authority and counsel. Parties may attend by videoconference and/or telephone as arranged with the Clerk's Office prior to the conference.

SO ORDERED this 11th day of September 2020.

                                                          _____
                                                          HEATHER L. KENNEDY
                                                          Magistrate Judge