# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

## Civil Minutes

FILED
Clerk
District Court
OCT 15 2020
for the Northern Mariana Islands
By _____
(Deputy Clerk)

1: 18 -cv- 000030

Date: October 15, 2020

Start Time: 10:00 am   End Time: 10:45 am

**TIANMING WANG, et al. -v- GOLD MANTIS CONSTRUCTION DECORATION (CNMI), LLC, et al.**

PRESENT:
HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
JENNY CHHEA, LAW CLERK
FRANCINE ATALIG, COURTROOM DEPUTY
HEIDI DOOGAN, COURT REPORTER
BRUCE BERLINE, ATTORNEY FOR PLAINTIFF (via vtc)
AARON HALEGUA, ATTORNEY FOR PLAINTIFF (via vtc)
CHARITY HODSON, ATTORNEY FOR DEFENDANT MCC INTERNATIONAL
TIBERIUS MOCANU, ATTORNEY FOR DEFENDANT GOLD MANTIS
---END OF PARTICIPANTS---

PROCEEDING: MOTION TO COMPEL

Taken under advisement: ● Yes  ○ No  ○ N/A

Court addressed Plaintiff's Motion to Compel against Defendant Gold Mantis, ECF No. [248]. Counsel made arguments.

Court granted Plaintiff's Motion to Compel, ECF No, [248].

Court directed Defendant Gold Mantis to obtain and produce financial records, tax records, and produce documents related to PRC and ESI.

Court granted Plaintiff's request for Defendant Gold Mantis to provide a sworn affidavit detailing its efforts and is due two weeks from today.

Court further granted Plaintiff's request for attorney's fees. Court directed Plaintiff's to submit a petition regarding attorney's fees by Friday, October 23, 2020 and Defendant Gold Mantis' opposition due by October 30, 2020. Attorney Halegua to prepare a proposed order listing the requests in the motion to compel. Attorney Mocanu to review the proposed order prior to submitting to the Court.
---END OF MINUTES---

Next hearing date: N/A