**JUAN T. LIZAMA, ESQ., F0454**
**LIZAMA LAW OFFICE**
SL Building-Micro Beach Rd
P.O. Box 501508
Saipan, MP 96950
Telephone No. (670) 483-2662/234-7220
*Email:* lizama2008@gmail.com

*Attorney for Li Jie Cui/Third Party Witness*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **TIANMING WANG, et. al,** | **CASE NO.: 1-18-CV-0030** |
| **Plaintiff,** | |
| vs. | **REQUEST FOR STATUS AND CLARIFICATION** |
| **GOLD MANTIS CONSTRACTION DECORATION (CNMI), LLC, et.al,** | |
| **Defendant.** | |

COMES NOW MS. CUI, a non-party in this entitled case and hereby request this Honorable Court to set a date and time for status and clarification of the court's prior order issued on March 31, 2021 requiring Ms. Cui to preserve ESI information contained on her phone. This request is based on records on file and on the attached exhibits: 1. Letter of plaintiff's counsel dated April 21, 2021 and April 23, 2021.; email letters of plaintiff's counsel; and the declaration of Mr. Howyo Chi.

Respectfully submitted this 23rd day of April, 2021.

_____/s/_____

Juan T. Lizama/Attorney for Li Jie Cui

BAR # F0454