IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

TIANMING WANG, *et al.*,

    Plaintiffs,

v.

GOLD MANTIS CONSTRUCTION DECORATION (CNMI), LLC, *et al.*,

    Defendants.

Case No. 18-cv-0030

**ORDER SETTING STATUS CONFERENCE**

    Plaintiffs and third-party Lijie Cui have both requested a status conference regarding the Court's March 31, 2021 order directing Cui to preserve evidence on her cell phone(s). (*See* Order, ECF No. 310; Cui's Request for Status and Clarification, ECF No. 313; Plaintiffs' Reply for an Order to Show Cause at 4, ECF No. 317.) Accordingly, the Court GRANTS their request for a status conference. A status conference is set for **Friday, May 14, 2021 at 8:30 a.m**. Plaintiffs and Cui are ordered to appear.

    SO ORDERED on this 13th day of May, 2021.

RAMONA V. MANGLONA
Chief Judge