AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

F I L E D
Clerk
District Court
MAY 26 2021
for the Northern Mariana Islands
By_____
(Deputy Clerk)

| TIANMING WANG, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:18-cv-00030 |
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Pursuant to (EFC 322) civil judgment in Plaintiffs' favor in the amount of $5,430,595.58, plus post-judgment interest at the applicable federal rate, plus attorneys' fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Ramona V. Manglona  on a motion for Entry of Default Judgment (ECF 172) and Decision and Order Entering Default Judgment against Defendant IPI (ECF 322).

Date:  05/26/2021

CLERK OF COURT

*signature*

**HEATHER L. KENNEDY**

*Signature of Clerk or Deputy Clerk*