ABSTRACT OF JUDGMENT

NOTICE

F I L E D
Clerk
District Court

JUN 23 2021

for the Northern Mariana Islands
By_____
(Deputy Clerk)

    Pursuant to Title 28, United States Code, Sections 3201 and 1962, this judgment, upon the filing of this abstract in the manner in which anotice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filinga notice of renewal. If such notice of renewal is filed before the expiration of the 20-year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names of Parties Against Whom Judgments Have Been Obtained | Names of Parties in Whose Favor Judgments Have Been Obtained |
|---|---|
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC | TIANMING WANG, DONG HAN, YONGJUN MENG, LIANGCAI SUN, YOULI WANG, QINGCHUN XU, and XIYANG DU |

| Amount of Judgment | Names of Creditors' Attorneys | When Docketed |
|---|---|---|
| $5,430,595.58, plus post-judgment interest at the applicable federal rate, plus attorneys' fees | BRUCE BERLINE<br>Berline & Associates<br>Second Floor, Macaranas Building<br>PO Box 5682 CHRB<br>Saipan, MP 96950<br>Telephone: (670) 233-5262<br>bberline@gmail.com<br><br>AARON HALEGUA<br>Aaron Halegua, PLLC<br>524 Broadway, 11th Floor<br>New York, NY 10012<br>Telephone: (646) 854-9061<br>ah@aaronhalegua.com | May 26, 2021 |

UNITED STATES OF AMERICA
CLERK'S OFFICE
U.S. DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS

    I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Date _____23rd of June_____, 2021

_____Heather L. Kennedy_____, CLERK OF COURT

By _____[signature]_____, Deputy Clerk

Return to: BRUCE BERLINE
Berline & Associates
Second Floor, Macaranas Building
PO Box 5682 CHRB
Saipan, MP 96950
Telephone: (670) 233-5262
bberline@gmail.com