F I L E D
 Clerk
 District Court
 JUL 06 2021
for the Northern Mariana Islands
By_____
       (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

TIANMING WANG, *et al.*,

    Plaintiffs,

v.

GOLD MANTIS CONSTRUCTION DECORATION (CNMI), LLC, *et al.*,

    Defendants.

Case No. 18-cv-0030

**ORDER GRANTING STIPULATION TO MODIFY THE DATE OF LIJIIE CUI'S DEPOSITION**

On June 28, 2021, the Court ordered that third-party witness Lijie Cui appear for a deposition at the offices of Plaintiffs' counsel Bruce Berline on July 9, 2021 at 9:00 a.m. (ECF No. 348). On June 30, 2021, the Court issued an Order to Show Cause why Ms. Cui should not be held in contempt that directed Ms. Cui to respond by July 22, 2021. (ECF No. 349). The parties have agreed that each side would benefit from more time to prepare for Ms. Cui's deposition. Accordingly, the parties submitted a stipulation providing that Ms. Cui's deposition shall take place on July 19, 2021 at 9:00 a.m. at the office of Bruce Berline. No other dates will be impacted by this change. The Court finds that good cause exists to modify the date of the deposition as requested.

SO ORDERED on this 6th day of July, 2021.

                                              RAMONA V. MANGLONA
                                              Chief Judge