DOTTS LAW OFFICE
Michael W. Dotts, Esq.
Suite 208, DHL Building
Middle Rd. Chalan Lau Lau
P.O. Box 505979
Saipan, CNMI MP USA 96950
Telephone: (670) 234-1600
mdotts@dottslaw.law

HUGHES HUBBARD & REED LLP
Kevin T. Abikoff, Esq. (*Pro Hac Vice*)
Daniel H. Weiner, Esq. (*Pro Hac Vice*)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
kevin.abikoff@hugheshubbard.com
daniel.weiner@hugheshubbard.com

*Attorneys for Defendant Imperial
Pacific International (CNMI), LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| TIANMING WANG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOLD MANTIS CONSTRUCTION DECORATION (CNMI), LLC; MCC INTERNATIONAL SAIPAN LTD., CO.; and IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, <br><br> Defendants. | Civil Action No. 1:18-cv-00030 <br><br> **DEFENDANT'S MOTION TO APPEAR BY VIDEO-TELECONFERENCE** |

COMES NOW, Defendant Imperial Pacific International (CNMI), LLC ("IPI" or "Defendant"), by and through undersigned counsel, and hereby requests the Court allow counsel Kevin T. Abikoff and Daniel H. Weiner to appear by video-teleconference at the hearing on IPI's Motion for Reconsideration of Default Judgment on July 29, 2021, at 9:00 a.m.  Defendant's counsel makes this request for the following reasons:

1. Mr. Abikoff does not reside in the Northern Mariana Islands and is currently in Washington, DC.

2. Mr. Weiner does not reside in the Northern Mariana Islands and is currently in New York, NY.

3. Due to the restrictions in place due to COVID-19 and other pre-existing obligations, Mr. Abikoff and Mr. Weiner cannot travel to Saipan for the hearing on the motion.

4. It is Defendant's understanding that appearances by video-teleconference are "encouraged when that practice will save the attorneys, parties, or court time and money." LR 83.4(b).

5. An appearance by video-teleconference by Mr. Abikoff and Mr. Weiner would not prejudice either party.

Local counsel Michael Dotts will attend in person.  Kevin T. Abikoff can be reached at (917) 513-6029, and Daniel H. Weiner can be reached at (917) 574-3407.

| | | |
|---|---|---|
| 1 | Dated: July 15, 2021 | Respectfully Submitted, |
| 2 | | /s/ Kevin T. Abikoff |
| | | Kevin T. Abikoff, Esq. (*Pro Hac Vice*) |
| 3 | | Daniel H. Weiner, Esq. (*Pro Hac Vice*) |
| | | HUGHES HUBBARD & REED LLP |
| 4 | | One Battery Park Plaza |
| | | New York, New York 10004 |
| 5 | | |
| 6 | | *Attorneys for Defendant Imperial Pacific International (CNMI), LLC* |

DOTTS LAW OFFICE
Michael W. Dotts, Esq.
Suite 208, DHL Building
Middle Rd. Chalan Lau Lau
P.O. Box 505979
Saipan, CNMI MP USA 96950
Telephone: (670) 234-1600
mdotts@dottslaw.law

HUGHES HUBBARD & REED LLP
Kevin T. Abikoff, Esq. (*Pro Hac Vice*)
Daniel H. Weiner, Esq. (*Pro Hac Vice*)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
kevin.abikoff@hugheshubbard.com
daniel.weiner@hugheshubbard.com

*Attorneys for Defendant Imperial Pacific International (CNMI), LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TIANMING WANG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOLD MANTIS CONSTRUCTION DECORATION (CNMI), LLC; MCC INTERNATIONAL SAIPAN LTD., CO.; and IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, <br><br> Defendants. | Civil Action No. 1:18-cv-00030 <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on July 15, 2021, I electronically filed the foregoing with the Clerk of

Court for the United States District Court for the Northern Mariana Islands using the CM/ECF

system.  A true and correct copy of this motion has been served via the Court's CM/ECF system on all counsel of record.

/s/ Kevin T. Abikoff<br>Kevin T. Abikoff