DOTTS LAW OFFICE
Michael W. Dotts, Esq.
Suite 208, DHL Building
Middle Rd. Chalan Lau Lau
P.O. Box 505979
Saipan, CNMI MP USA 96950
Telephone: (670) 234-1600
mdotts@dottslaw.law

HUGHES HUBBARD & REED LLP
Kevin T. Abikoff, Esq. (*Pro Hac Vice*)
Daniel H. Weiner, Esq. (*Pro Hac Vice*)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
kevin.abikoff@hugheshubbard.com
daniel.weiner@hugheshubbard.com

*Attorneys for Defendant Imperial
Pacific International (CNMI), LLC*

F I L E D
Clerk
District Court

JUL 16 2021

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| TIANMING WANG, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOLD MANTIS CONSTRUCTION DECORATION (CNMI), LLC; MCC INTERNATIONAL SAIPAN LTD., CO.; and IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>    Defendants. | Civil Action No. 1:18-cv-00030<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO APPEAR BY VIDEO-TELECONFERENCE** |

The Court, having reviewed Defendant's Motion for Kevin T. Abikoff and Daniel H. Weiner to appear by video-teleconference at the hearing set for July 29, 2021, HEREBY GRANTS the motion (ECF No. 361).

SO ORDERED this 15th day of July, 2021.

                                                                                                  _____
                                                                                                   Hon. Ramona V. Manglona
                                                                                                   Chief Judge