Bruce Berline
LAW OFFICE OF BRUCE BERLINE, LLC
Second Floor, Macaranas Building
PO Box 5682 CHRB
Saipan, MP 96950
Tel: (670) 233-3663
Fax: (670) 233-5262
Email: bruce@saipanlaw.com

Aaron Halegua
AARON HALEGUA, PLLC
524 Broadway, 11th Floor
New York, New York 10012
Tel: (646) 854-9061
Email: ah@aaronhalegua.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| TIANMING WANG, *et. al*, <br><br> Plaintiffs, <br><br> v. <br><br> GOLD MANTIS CONSTRUCTION DECORATION (CNMI), LLC, *et. al*, <br><br> Defendants. | Case No. 18-cv-0030 <br><br><br> Hearing Date: _____ <br> Hearing Time: _____ <br> Judge: Hon. Ramona V. Manglona |

**PLAINTIFFS' NOTICE OF COUNTER-MOTION AND COUNTER-MOTION FOR
A DECLARATION THAT PRIVILEGE HAS BEEN WAIVED**

NOTICE

Please be advised that, on _____, 2021 at \_\_\_\_\_ a.m./p.m., the Court will hear Plaintiffs' counter-motion pursuant to Fed. R. Civ. P. 26 for a declaration that Ms. Lijie Cui has waived any privilege concerning her communications with Mr. Lizama, including the emails produced by Mr. Lizama in response to Plaintiffs' valid subpoena, relating to her ESI Data or compliance with the Court's orders regarding the preservation of evidence.

MOTION

Plaintiffs hereby move the Court pursuant to Fed. R. Civ. P. 26 for a declaration that Ms. Lijie Cui has waived any privilege concerning her communications with Mr. Lizama, including the emails produced by Mr. Lizama in response to Plaintiffs' valid subpoena, relating to her ESI Data or compliance with the Court's orders regarding the preservation of evidence. This counter-motion is supported by the concurrently filed Memorandum of Law in Support of Plaintiffs' Opposition to Lijie Cui's Motion for a Protective Ordre and Plaintiffs' Counter-Motion, the Declaration of Aaron Halegua, dated August 1, 2021, the Declaration of Fely P. Forbes, dated July 26, 2021, and the Declaration of Jonathan Langton, dated July 27, 2021.

DATED: August 2, 2021.

                                                              /s/
                                              Aaron Halegua
                                              Bruce Berline

                                              Attorneys for Plaintiffs