F I L E D
Clerk
District Court
AUG 03 2021
for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

TIANMING WANG, *et al.*,

    Plaintiffs,

    v.

GOLD MANTIS CONSTRUCTION
DECORATION (CNMI), LLC, *et al.*,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 18-cv-0030

**ORDER GRANTING
STIPULATION TO ALLOW
ADDITIONAL TIME FOR
PLAINTIFFS TO FILE
OPPOSITION TO IPI'S
MOTION FOR A STAY**

On July 21, 2021, Defendant IPI filed a motion for stay without bond (ECF No. 370) and a motion to shorten time (ECF No. 371) so that the stay motion could be heard at the hearing scheduled for August 5, 2021 on its motion for reconsideration. No hearing date has been set for IPI's stay motion.

Plaintiffs and IPI filed a stipulation (ECF No. 383) stating that in recent weeks, Plaintiffs have been engaged in discovery related to the Order to Show Cause against Lijie Cui, briefing related to Ms. Cui's motion for protective order (ECF No. 374) and Plaintiffs' counter-motion to declare that Ms. Cui waived the privilege (ECF No. 376), as well as various family and personal matters. The parties state that this has made it difficult for Plaintiffs to complete their opposition to IPI's stay motion by the original deadline of August 4, 2021.

Accordingly, in light of the fact that no hearing has been scheduled, and because Plaintiffs need additional time to file their opposition, the Court, finding good cause, hereby approves of such stipulation and grants the request to allow Plaintiffs to file their opposition to IPI's motion for a stay on or before August 9, 2021 and for IPI to file its reply by August 12, 2021. No other dates are impacted by this Order.

SO ORDERED on this 3rd day of August, 2021.

RAMONA V. MANGLONA
Chief Judge