F I L E D
Clerk
District Court
AUG 06 2021
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TIANMING WANG, *et al.*, | Case No.: 1:18-cv-00030 |
| Plaintiffs, | |
| vs. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| GOLD MANTIS CONSTRUCTION DECORATION (CNMI), LLC; MCC INTERNATIONAL SAIPAN LTD., CO.; and IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, | |
| Defendants. | |

    Before the Court are Attorney Juan T. Lizama's motion to withdraw as counsel for third-party witness Lijie Cui (ECF No. 328), supported by a memorandum and his declaration (ECF Nos. 329, 330), and Lijie Cui's request for an extension of time to find new counsel (ECF No. 325). A status conference was held on June 3, 2021, at which time Cui informed the Court through her interpreter that she no longer wished for Lizama to represent her, and at which time Lizama apprised the Court of his intent to withdraw. (Min., ECF No. 327). Attorney David Lujan filed a notice of appearance on behalf of the Law Firm of Lujan & Wolff LLP for Cui on June 26, 2021 (ECF No. 346), followed by a notice of appearance by Joey P. San Nicolas acting as local counsel on behalf of Cui (ECF No. 347). For good cause shown in Lizama's motion and given that Cui has retained new counsel, the Court GRANTS Attorney Lizama's motion to withdraw. Furthermore, Cui's request for extension of time is DENIED as moot.

    IT IS SO ORDERED this 6th day of August, 2021.

                                          RAMONA V. MANGLONA
                                          Chief Judge