Case 1:18-cv-00030   Document 396   Filed 08/16/21   Page 1 of 1

F I L E D
Clerk
District Court
AUG 16 2021
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS
## Civil Minutes

1: 18 -cv- 000030

Date: August 16, 2021

Start Time: 8:45 am   End Time: 10:15 am

**TIANMING WANG, et al. -v- GOLD MANTIS CONSTRUCTION DECORATION (CNMI), LLC, et al.**

PRESENT:  HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
HEIDI DOOGAN, COURT REPORTER
DANIEL BROWN, RELIEF COURTROOM DEPUTY
AARON HALEGUA, ATTORNEY FOR PLAINTIFF (via vtc)
BRUCE BERLINE, ATTORNEY FOR PLAINTIFF
MICHAEL DOTTS, ATTORNEY FOR DEFENDANT IPI (CNMI)
RAY YUMUL, CEO FOR DEFENDANT IPI (CNMI)
KEVIN ABIKOFF, PRO HAC VICE ATTORNEY FOR DEFENDANT IPI (via vtc)
DANIEL WEINER, PRO HAC VICE ATTORNEY FOR DEFENDANT IPI (via vtc)

PROCEEDING:   MOTION FOR RECONSIDERATION OF DEFAULT JUDGMENT

Taken under advisement:  ☐ Yes  ☐ No  ☒ N/A

Court addressed Defendant's Motion for Reconsideration of Default Judgment, ECF NO. [343].

Attorney Weiner argued Defendant's Motion for Reconsideration of Default Judgment. Court noted issues with discovery and ESI data and heard responses from Attorney Dotts and Attorney Weiner. Attorney Abikoff addressed the Court.  Attorney Halegua made arguments. Attorney Weiner argued in reply.

After hearing all arguments, Court stated reasons and denied the motion for reconsideration, ECF NO. [343], with a decision to follow.

Court sua sponte addressed IPI's motion to stay, and denied the motion. ECF NO. [370].

Court addressed Attorney Dotts' Motion to withdraw ECF NO. [375]. Attorney Halegua and Berline argued in opposition.  Attorney Dotts addressed concerns.  Mr. Yumul informed the Court that IPI is actively seeking local counsel. Court gave notice it is inclined to grant his motion to withdraw after the appeal is filed. Court heard further remarks from Attorney Abikoff and Attorney Halegua. Court took Motion to Withdraw under advisement and vacated the hearing on the Motion to withdraw set for 9/7/2021.

Next hearing date:   August 20, 2021 at 8:00AM