FILED
Clerk
District Court
OCT 01 2021
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

TIANMING WANG, *et al.*,  )   CIVIL CASE NO. CV18-00030
            )
    Plaintiffs,  )
            )
    v.       )   **ORDER GRANTING STIPULATION**
            )
GOLD MANTIS CONSTRUCTION  )
DECORATION (CNMI), LLC, *et al.*,  )
            )
    Defendants.  )
            )

On September 27, 2021, Cui Lijie submitted a Stipulation for Extension for time to file her Opposition to Plaintiffs' Second Petition for Attorney Fees [ECF No. 427]. Plaintiffs agreed that Ms. Cui may file her response on Thursday, September 30, 2021 at 5:00 p.m. ChST. Additionally, the parties agreed that Plaintiffs may file their reply on or before Tuesday, October 12, 2021. For the reasons set forth in the stipulation, the Court finds good cause to grant the motion and adjust the relevant deadlines. Accordingly, Ms. Cui is given until September 30, 2021, 5:00 p.m. ChST to file her opposition to Plaintiffs' Second Petition for Attorney Fees and Plaintiffs may file their reply on or before October 12, 2021.

SO ORDERED on this 1st day of October, 2021.

_____
RAMONA V. MANGLONA
Chief Judge