**LUJAN & WOLFF LLP**
300 DNA Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Tel: (671) 477-8064/5
Fax: (671) 477-5297
Email: djl@lawguam.com

*Counsels for Lijie Cui third party witness*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

|  |  |
|---|---|
| TIANMING WANG, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GOLD MANTIS CONSTRUCTION DECORATION (CNMI), LLC, *et al.*,<br><br>Defendants. | CIVIL CASE NO. 18-00030<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL** |

**LUJAN & WOLFF** files this Motion To Withdraw as Counsel for Li Jie Cui on the following bases:

1. Attorney Clyde Lemons JR. who was assigned this matter is now working for the Office of the Guam Alternate Public Defender.

2. Irreconcilable difference have arisen between Lujan & Wolff and Ms. Cui.

3. Undersign Counsel is simply unable to devote sufficient time on Ms. Cui's matter.

4. Ms. Cui does not object to the Motion.

Dated: November 8, 2021.

**LUJAN & WOLFF LLP**

_____/s/_____
DAVID J. LUJAN