Bruce Berline
LAW OFFICE OF BRUCE BERLINE, LLC
Second Floor, Macaranas Building
PO Box 5682 CHRB
Saipan, MP 96950
Tel: (670) 233-3663
Fax: (670) 233-5262
Email: bruce@saipanlaw.com

Aaron Halegua
AARON HALEGUA, PLLC
524 Broadway, 11th Floor
New York, New York 10012
Tel: (646) 854-9061
Email: ah@aaronhalegua.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| TIANMING WANG, *et. al*,<br><br>                              Plaintiffs,<br><br>v.<br><br>GOLD MANTIS CONSTRUCTION DECORATION (CNMI), LLC, *et. al*,<br><br>                              Defendants. | Case No. 18-cv-0030<br><br>**DECLARATION OF BRUCE BERLINE IN SUPPORT OF PLAINTIFFS' THIRD PETITION FOR ATTORNEYS' FEES AGAINST THIRD-PARTY WITNESS LIJIE CUI**<br><br>Hearing Date: n/a<br>Hearing Time: n/a<br>Judge: Hon. Ramona V. Manglona |

I, BRUCE BERLINE, hereby state and declare the following:

1.     I am over eighteen years of age and am fully competent to testify to the facts set forth in this declaration. I, along with Aaron Halegua, represent Plaintiffs in this action.

2.     I submit this declaration in support of Plaintiffs' third petition for attorneys' fees and costs against third-party witness Lijie Cui ("Ms. Cui"). On November 5, 2021, the Court found Ms. Cui in

contempt (again) for failing to comply with the Preservation Order and subsequent related orders that required her to produce all ESI backups, produce login credentials for her iTunes and/or iCloud accounts containing those backups, and file a sworn statement addressing these subjects. (ECF No. 447 ("November 5 Contempt Order)).[1]   As one of the sanctions for this contempt, the Court awarded attorney' fees and costs to Plaintiffs. (*Id.*).

3.    The declaration submitted by my co-counsel, Aaron Halegua, sets forth the background of the Preservation Order, the August 25 Contempt Order (ECF No. 411), the October 6, 2021 status conference, and the evidentiary hearing that took place.

4.    I note that Plaintiffs have submitted numerous prior fee petitions in this matter (ECF Nos. 62, 110, 133, 226) and I have submitted several declarations accompanying each of those petitions (ECF Nos. 64, 76, 112, 133-2, 228 ("Prior Berline Declarations")).

5.    Since Mr. Halegua became involved in this case, he and I have coordinated our work closely to maximize our efficiency and to avoid, as much as possible, duplicating work. For the work that forms the basis for this petition for attorneys' fees, Mr. Halegua was primarily responsible for all matters. I participated in discussions with Mr. Halegua on strategy questions and the conduct of the evidentiary hearing, performed legal research on discreet questions, reviewed outlines and various filings, and attended all Court hearings.

6.    As discussed in the Prior Berline Declarations, I make contemporaneous records of the tasks that I perform, the date on which I perform them, and the amount of time that I spend on each task. I also note that my time entries likely understate the actual number of hours that I have worked on this case since Mr. Halegua and I often have conversations late in the Saipan evening, when I am not in my office, that do not get recorded onto my time sheet. The time entries for which I am seeking fees in connection with this petition are presented in **Appendix A** below. (Entries for travel time were reduced by 50%, as can be seen in my time records).

---

[1]  The defined terms used in this declaration and throughout Plaintiffs' fee petition have the same meaning as in Plaintiffs' response to the Order to Show Cause (ECF No. 400), unless otherwise noted.

7.  Like Mr. Halegua, I eliminated from my time sheet any entries for tasks that were solely or predominately related to the issue of Ms. Cui's rose-gold cell phone, such as tasks related to preparation of Corrado Modica's testimony. I eliminated 4.20 hours on this basis.

8.  For the remaining 28.29 hours of work, it is difficult to precisely separate the time spent on the phone issue versus the other issues for which Ms. Cui was held in contempt. Accordingly, having already eliminated the 4.20 hours for the purely phone-related time entries, consistent with the reasoning set forth in Mr. Halegua's declaration, I then applied a 40% reduction to the remaining hours. Therefore, I am seeking a total of 16.97 hours for my work related to this fee petition.

9.  My administrative assistant, Luvisminda S. Ramos, performed approximately 28.65 hours of work in connection with the evidentiary hearing. Particularly as Mr. Berline was in quarantine, Ms. Ramos was present in the courtroom each day to ensure Plaintiffs' witnesses were present and to distribute hard copies of Plaintiffs' exhibits, when necessary. In an exercise of billing discretion, Plaintiffs are not seeking fees for this time.

10.  My office paid for various costs incurred in relation to enforcing the Preservation Order and ultimately finding Ms. Cui in contempt. I am seeking reimbursement for $2,873.20 of those costs. **Appendix B** is a table listing these costs and **Appendix C** contains copies of some of these invoices. The costs include the service of witness subpoenas and the payment of witness fees to Juan Lizama and Fely P. Forbes. I am not seeking reimbursement of those costs paid for Corrado Modica. I also paid Mike Yang, a Mandarin interpreter, to be present at the evidentiary hearing because Plaintiffs called Ms. Cui to testify and needed him to serve as a check-interpreter for the Chinese-speaking witnesses called by Ms. Cui testified. The other costs are for PACER charges as well as printing and photocopying costs in the preparation of exhibits for the evidentiary hearing.

11.  TransPerfect also issued two invoices to Plaintiffs related to this matter. The first concerned tasks related to Ms. Cui's cell phone and I have sought reimbursement of these costs through both Plaintiffs' prior fee petition (ECF No. 423) as well as Plaintiffs' Motion for an Order to Show Cause (ECF No. 451). The second invoice concerns tasks related to Ms. Cui's computer, iTunes and iCloud passwords (that did not work), preparing a related summary report, and Mr. Langton's testimony at

the evidentiary hearing that Ms. Cui's phone was wiped clean in March 2021 and a backup was restored onto the phone via iTunes. The second invoice is for $8,288.10. After exchanging numerous emails and multiple videoconferences with Ms. Cui's counsel, she agreed to pay these costs, except for the $1,112.50 charge for a line item for 2.50 hours spent on "Standby & Testimony." Plaintiffs therefore seek reimbursement of this expense from Ms. Cui. **Appendix D** is a copy of TransPerfect's second invoice upon which Ms. Cui's counsel highlighted the portions that she has agreed to pay (in yellow) and that portion to which she objects (in pink).

I declare under penalty of perjury that the foregoing is true and correct. Executed in Saipan, CNMI on this 28th day of November, 2021.

_____/s/_____
Bruce Berline

**Appendix A**
*Time Sheet*

| Date | Task | Hours |
|---|---|---|
| 10/6/21 | Attend status conference via vtc 8:45 a.m. - 9:55 a.m. | 1.50 |
| 10/13/21 | Teleconference with Aaron on witness preparation, 5th amendment research. | 0.15 |
| 10/14/21 | Review Aaron's outline of evidence for contempt hearing. | 0.40 |
| 10/14/21 | Teleconference with Aaron on witnesses, evidence, 5th Amendment inferences. | 0.82 |
| 10/14/21 | Review various e-mails from Aaron and Clyde regarding witness lists and exhibits for evidentiary hearing. | 0.10 |
| 10/15/21 | Preparation for hearing in morning; review Aaron's updated outline for hearing; review and respond to various e-mails from Aaron regarding issues for hearing. | 2.40 |
| 10/15/21 | Teleconference with Aaron on witness preparation. | 0.25 |
| 10/15/21 | Attend Evidentiary Hearing 9:35 a.m.-12:05 pm; 1:10 p.m. -  1:55 p.m. | 4.50 |
| 10/17/21 | Continue researching issue of Cui taking fifth amendment and consequences (adverse inferences); find examples of adverse inferences drawn by courts. | 2.50 |
| 10/18/21 | Research on admission of deposition testimony; relation to taking 5A, unavailability of witnes. | 1.50 |
| 10/18/21 | Attend Evidentiary Hearing 1:35 p.m.-3:05 p.m.; 4:00 p.m.- 5:00 p.m. | 3.50 |
| 10/18/21 | Cui evidentiary preparation teleconference with Aaron re hearing, including Lizama cross/redirect, Chi's refusal to be deposed, contempt sanctions. | 0.72 |
| 10/19/21 | Attend Evidentiary Hearing 8:30 a.m.- 8:45 a.m.; 9:05 a.m.-10:45 a.m.; 11:05 a.m.- 12:05 p.m.; 12:20 p.m.-1:00 p.m. | 4.50 |
| 10/19/21 | Teleconference with Aaron regarding hearing (.5); review power point slides and compare with notes (.5). | 1.00 |
| 10/19/21 | Review Aaron's second draft of powerpoint presentation and make comment (.3); review and reply to various e-mails from Aaron (.2). | 0.50 |
| 10/19/21 | Review initial time line powerpoint slide from Aaron. | 0.10 |
| 10/20/21 | Teleconference with Aaron regarding closing. | 0.40 |
| 10/20/21 | Attend Evidentiary Hearing Closing 8:30 a.m. - 10:15 a.m. | 1.80 |
| 10/20/21 | Teleconference with Aaron regarding evidentiary hearing; review various e-mails from Aaron regarding additional cases regarding evasive answers; and e-mail to and from Clyde Lemons regarding stipulation to additional evidence. | 0.30 |
| 11/5/21 | Teleconference with Aaron regarding upcoming Cui status conference, possible sanctions, Clyde Lemons withdrawal. | 0.20 |
| 11/5/21 | Travel to and from US District Court for Status Conference (0.8). | 0.40 |
| 11/5/21 | Attend status conference 8:30 a.m. - 9:15 a.m. | 0.75 |
| | **Total:** | **28.29** |

5

### Appendix B

*Litigation Costs*

| Witness Fees | | |
|---|---|---|
| 10/07/2021 | Subpoena witness fee Rule 45 Juan Lizama | $45.00 |
| 10/15/2021 | Subpoena witness fee Rule 45 Fely P. Forbes | $45.00 |
| 10/18/2021 | Subpoena witness fee Rule 45 Fely P. Forbes | $45.00 |
| 10/19/2021 | Subpoena witness fee Rule 45 Fely P. Forbes | $45.00 |
| **Service of Process** | | |
| 10/07/2021 | Service Process Subpoena for Juan T. Lizama | $45.00 |
| 10/15/2021 | Service Process Subpoena for Fely P. Forbes | $45.00 |
| 10/18/2021 | Service Process Subpoena for Fely P. Forbes | $45.00 |
| 10/19/2021 | Service Process Subpoena for Fely P. Forbes | $45.00 |
| **Translation Services** | | |
| 10/20/21 | Mike Yang Translation service 10/15/2021-10/19/2021 | $734.50 |
| **Printing and Copies** | | |
| | Office copies/printing charges (2400 at $0.25/page) | $600.00 |
| **PACER Charges** | | |
| | Pacer Q3 billing 09/13/2021-09/30/2021 (446 pages). | $44.60 |
| | Pacer Q4 billing 10/01/2021-10/20/2021 (216 pages). | $21.60 |
| **TransPerfect** | | |
| 10/27/21 | TransPerfect Invoice 056660COMB – outstanding charge | $1,112.50 |
| | | |
| | **Total:** | **$2,873.20** |

**Appendix C**

*Litigation Cost Invoices*

AO 88 (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| Tianming Wang, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   18-cv-0030 |
| Gold Mantis, et al. | ) | |
| *Defendant* | ) | |

10-8-2

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Juan T. Lizama

*(Name of person to whom this subpoena is directed)*

      **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place:  U.S. District Court | Courtroom No.: 3rd Floor |
| | Date and Time: October 15, 2021, 9:30 a.m. |

      You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

      The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  10/7/2021

| | | |
|---|---|---|
| *CLERK OF COURT* | OR | *Aaron Halegua* |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Tianming Wang, et al.
, who issues or requests this subpoena, are:

Aaron Halegua, 524 Broadway, 11th Floor, New York, NY, 10012, ah@aaronhalegua.com, 646-854-9061.

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.  18-cv-0030

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  JUAN T. LIZAMA

on *(date)* _____.

☑ I served the subpoena by delivering a copy to the named person as follows:  JUAN T. LIZAMA
LIZAMA'S LAW OFFICE
10·8·2021  @  5:15 PM          on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 45.00 .

I declare under penalty of perjury that this information is true.

Date:  10-8-2021

_____
Server's signature

Luis Minda S. Ramer
Printed name and title

PO PM 502390, SAIPAN MP 96950
Server's address

Additional information regarding attempted service, etc.:



**LAW OFFICE OF BRUCE BERLINE LLC**
PO BOX 5682 CHRB
SAIPAN, MP 96950
TELEPHONE NO. (670) 233-3663

**FIRST HAWAIIAN BANK**
GUALO RAI BRANCH
SAIPAN, MP 96950

59-306/1214

2054

10/7/2021

PAY TO THE
ORDER OF   Juan T. Lizama                                                    $   **45.00

Forty-Five and 00/100************************************************************************************ DOLLARS

Juan T. Lizama

MEMO
Witness Fee

AUTHORIZED SIGNATURE                    MP

⑈002054⑈ ⑆121403065⑆ 17⑈069306⑈

---

**LAW OFFICE OF BRUCE BERLINE LLC**                                                    2054

Juan T. Lizama                                          10/7/2021

Witness Fee                                                45.00

10-8-21

General Account        Witness Fee                                        45.00

---

**LAW OFFICE OF BRUCE BERLINE LLC**                                                    2054

Juan T. Lizama                                          10/7/2021

Witness Fee                                                45.00

PAYMENT
RECORD

General Account        Witness Fee                                        45.00

13272PR                                        10                www.checksforless.com 800-245-5775   Order # 3506407-1

AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of the Northern Mariana Islands

<span style="color:red">**RECEIVED**</span>

*Fely Forbes*
*10/13/2021*

| | |
|---|---|
| Tianming Wang, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   18-cv-0030 |
| Gold Mantis, et al. | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Fely P. Forbes

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. District Court | Courtroom No.: 3rd Floor |
|---|---|
| | Date and Time: 10/15/2021 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  10/13/2021

*CLERK OF COURT*

OR

*Aaron Halegua*

_____         _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Tianming Wang,et al _____ , who issues or requests this subpoena, are:

Aaron Halegua, 524 Broadway, 11th Floor, New York, NY, 10012, ah@aaronhalegua.com, 646-854-9061.

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88  (Rev  02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.  18-cv-0030

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  FELY P. FORBES

on *(date)*  10/13/2021 .

☑ I served the subpoena by delivering a copy to the named person as follows:  FELY P. FORBES
IT;E OFFICE, MIDDLE ROAD, SAIPAN, MP 96950 @ 1:30 PM
on *(date)*  10·13·21 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ $ 45.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Luisanion S. Babes
*Printed name and title*

PO BOX 502891, NAVNT GT · SAIPAN MP 96950
*Server's address*

Additional information regarding attempted service, etc.:

**LAW OFFICE OF BRUCE BERLINE LLC**
TRUST ACCOUNT
PO BOX 5682 CHRB
SAIPAN, MP 96950
TELEPHONE NO. (670) 233-3663

FIRST HAWAIIAN BANK
GUALO RAI BRANCH
SAIPAN, MP 96950

59-306/1214

1804

10/13/2021

PAY TO THE
ORDER OF _____ Fely Forbes _____ $ **45.00

Forty-Five and 00/100******************************************************************************** DOLLARS

Fely Forbes

MEMO    Witness fee

AUTHORIZED SIGNATURE    MP

⑈00⁨1804⑈ ⑉121403065⑈ 17⑈067524⑈

---

LAW OFFICE OF BRUCE BERLINE LLC    1804

Fely Forbes                                    10/13/2021
                    Witness fee                            45.00

---

Checking - Client Trus   Witness fee                          45.00

LAW OFFICE OF BRUCE BERLINE LLC    1804

Fely Forbes                                    10/13/2021
                    Witness fee                            45.00

RECEIVED
Fely Forbes
10/13/2021

PAYMENT
RECORD

Checking - Client Trus   Witness fee                          45.00

13272PR                    13                www.checksforless.com 800-245-5775   Order # 3506407-2

AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of the Northern Mariana Islands

Fely Forbes
10/15/2021

| Tianming Wang, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| Gold Mantis, et al. | ) |
| *Defendant* | ) |

Civil Action No.   18-cv-0030

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:   Fely P. Forbes

_____
*(Name of person to whom this subpoena is directed)*

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. District Court | Courtroom No.: 3rd Floor |
|---|---|
| | Date and Time: 10/18/2021 1:30 pm |

   You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

   The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   10/15/2021

   _____          OR          _____
   *CLERK OF COURT*

   _____                    *Aaron Halegua*
   *Signature of Clerk or Deputy Clerk*                    _____
                                                          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Tianming Wang, et al
_____ , who issues or requests this subpoena, are:

Aaron Halegua, 524 Broadway, 11th Floor, New York, NY, 10012, ah@aaronhalegua.com, 646-854-9061.

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

14

AO 88  (Rev  02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.  18-cv-0030

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*   FELY P. FORAER

on *(date)*  10.15.2021   .

☑ I served the subpoena by delivering a copy to the named person as follows:   FELY P. FORAER

@ SUSUPE , 3:45 PM

on *(date)*  10.15.2021  ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 45.00  .

I declare under penalty of perjury that this information is true.

Date:  10.15.2021

_____
*Server's signature*

Luwisaninda S. Ramot - Admin. Asst.
*Printed name and title*

PO. BOX 502890 , SAIPAN, MP 96950
*Server's address*

Additional information regarding attempted service, etc.:

**LAW OFFICE OF BRUCE BERLINE LLC**
TRUST ACCOUNT
PO BOX 5682 CHRB
SAIPAN, MP 96950
TELEPHONE NO. (670) 233-3663

FIRST HAWAIIAN BANK
GUALO RAI BRANCH
SAIPAN, MP 96950

59-306/1214

1805

10/18/2021

PAY TO THE
ORDER OF     Fely Forbes                                    $     **45.00

Forty-Five and 00/100************************************************************************************ DOLLARS

Fely Forbes

MEMO
Witness fee hearing 10/18/2021

AUTHORIZED SIGNATURE     MP

⑊"001805⑊"  ⑈121403065⑈:  17"067524"

---

**LAW OFFICE OF BRUCE BERLINE LLC**                                   1805

Fely Forbes                                    10/18/2021

Witness fee hearing 10/18/2021                              45.00

---

**RECEIVED**

Fely Fortes
10/18/2021

Checking - Client Trus   Witness fee hearing 10/18/2021                 45.00

**LAW OFFICE OF BRUCE BERLINE LLC**                                   1805

Fely Forbes                                    10/18/2021

Witness fee hearing 10/18/2021                              45.00

PAYMENT RECORD

Checking - Client Trus   Witness fee hearing 10/18/2021                 45.00

13272PR                        16              www.checksforless.com 800-245-5775   Order # 3506407-2

**RECEIVED**
10/18/2021

AO 88  (Rev  02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of the Northern Mariana Islands

| | | |
|---|---|---|
| Tianming Wang, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   18-cv-0030 |
| Gold Mantis, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Fely P. Forbes

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. District Court | Courtroom No.: 3rd Floor |
|---|---|
| | Date and Time: 10/19/2021 8:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  10/18/2021

CLERK OF COURT

OR

_____           *Aaron Halegua*
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Tianming Wang,et al _____ , who issues or requests this subpoena, are:

Aaron Halegua, 524 Broadway, 11th Floor, New York, NY, 10012, ah@aaronhalegua.com, 646-854-9061.

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

17

AO 88 (Rev 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.  18-cv-0030

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  FELY P. FORBES

on *(date)*  10 · 18 · 2021 .

☒ I served the subpoena by delivering a copy to the named person as follows:  FELY P. FORBES

_____ @ SCRUPE _____

on *(date)*  10 · 18 · 2021 ; or  6:36 PM .

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  10 · 18 · 2021

_____
*Server's signature*

LUISALINDA S. RAMOS - ADMIN. ASST.
*Printed name and title*

PO BOX 502390 UPANNIT ST. SAIPAN, MP 96950
*Server's address*

Additional information regarding attempted service, etc.:

**LAW OFFICE OF BRUCE BERLINE LLC**
TRUST ACCOUNT
PO BOX 5682 CHRB
SAIPAN, MP 96950
TELEPHONE NO. (670) 233-3663

1806

FIRST HAWAIIAN BANK
GUALO RAI BRANCH
SAIPAN, MP 96950

59-306/1214

10/18/2021

PAY TO THE
ORDER OF     Fely Forbes                                                                    $     **45.00

Forty-Five and 00/100******************************************************************************* DOLLARS

Fely Forbes

MEMO     Witness fee hearing 10/19/2021

AUTHORIZED SIGNATURE     MP

⑈001806⑈ ⑆121403065⑆    17⑈067524⑈

---

**LAW OFFICE OF BRUCE BERLINE LLC**                                                    1806

Fely Forbes                                        10/18/2021

Witness fee hearing 10/19/2021                                    45.00

RECEIVED     Fely Forbes
10/18/2021

Checking - Client Trus   Witness fee hearing 10/19/2021                    45.00

**LAW OFFICE OF BRUCE BERLINE LLC**                                                    1806

Fely Forbes                                        10/18/2021

Witness fee hearing 10/19/2021                                    45.00

PAYMENT RECORD

Checking - Client Trus   Witness fee hearing 10/19/2021                    45.00

13272PR                                        19                    www.checksforless.com 800-245-5775   Order # 3506407-2

# Hua Yang (Mike Yang)

P.O. Box 503754
Saipan, MP  96950-3754
Tel. No. (670) 483-8845

TO:  Law Office of Bruce Berline LLC

Below is the detailed bill for Chineese translation service performed by Mike yang (Hua Yang in the NMI,
U.S. Distict Court Case of Wang Case Evidentiary Hearing from 10/15/2021-10/19/2021 18-CV-00030.

| DATE | FROM | TO | PARTICULAR | HRS | RATE | AMOUNT |
|------|------|------|-----------|-----|------|--------|
| 10/15/21 | 9:00 | 2:00 | Evidentiary Hearing October 15, 2021 | 5.0 | $65.00 | $325.00 |
| 10/18/21 | 2:34 | 3:05 | Evidentiary Hearing October 18, 2021 | 0.5 | $65.00 | $32.50 |
| 10/18/21 | 3:40 | 5:00 | Evidentiary Hearing October 18, 2021 | 1.3 | $65.00 | $84.50 |
| 10/19/21 | 8:30 | 1:00 | Evidentiary Hearing October 19, 2021 | 4.5 | $65.00 | $292.50 |
| | | | | | | **$734.50** |

Date 10/20/2021          Signature: HY
  Hua Yang



**Bill To:**

Aaron Halegua, PLLC
Attn: Aaron Halegua
524 Broadway,
11th Floor
New York, NY 10012
USA

**Requested By:**

Aaron Halegua
Aaron Halegua, PLLC
524 Broadway,
11th Floor
New York, NY 10012
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 055483COMB | **Sales Contact:** | Kevin Feliciano (kfeliciano@transperfect.com) |
| **Invoice Date:** | 06/30/2021 | | |
| **Invoice Due:** | 07/30/2021 | **Payment Terms:** | Net 30 |

| | |
|---|---|
| **Purchase Order #:** | |
| **Reference #:** | DM0206298 / 189734 |
| **Client Project ID:** | 18-cv-0030 |
| **Case Name:** | Tianming Wang v. Imperial Pacific International (CNMI), LLC |
| **Matter #:** | 18-cv-0030 |
| **Requested Date:** | 05/27/2021 |
| **Project Notes:** | Tianming Wang v. Imperial Pacific International (CNMI), LLC June 2021 Digital Forensics |

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| - | | | | |
| Mobile Device Collection | 1.00 | Each | 590.000 | 590.00 |
| Acquisition of Apple iPhone Mobile Device | | | | |
| Storage Drive Set - 1 TB | 1.00 | Each | 230.000 | 230.00 |
| Storage Media for Preserved Data | | | | |
| Ù^} à !Forensic - Consulting | 3.00 | Hours | 355.000 | 1,065.00 |
| Composition of Summary & Narrative Reports | | | | |

**Reference #:** DM0206298 / 189734                                 US$1,885.00

| | |
|---|---|
| **Purchase Order #:** | |
| **Reference #:** | DM0210161 / 192591 |
| **Client Project ID:** | 18-cv-0030 |
| **Case Name:** | Tianming Wang v. Imperial Pacific International (CNMI), LLC |
| **Matter #:** | 18-cv-0030 |
| | 07/12/2021 |
| **Project Notes:** | Case: Tianming Wang v. Imperial Pacific International (CNMI), LLC July 2021 Digital Forensics |

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| Digital Forensics | | | | |

| Affidavit Preparation | | | 3.00 | Hours | 355.000 | 1,065.00 |
| Affidavit Composition | | | | | | |

| | Reference #: DM0210161 / 192591 | US$1,065.00 |

**Purchase Order #:**
**Reference #:** DM0212554 / 192808
**Case Name:** Tianming Wang v. Imperial Pacific International (CNMI), LLC
**Matter #:** 18-cv-0030
08/25/2021
**Project Notes:** Case: Tianming Wang v. Imperial Pacific International (CNMI), LLC
August 2021 Digital Forensics

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| - | | | | |
| Forensic - Consulting | 5.50 | Hours | 355.000 | 1,952.50 |
| Affidavit Review, Response Affidavit Composition, Testimony Preparation, & Hearing Attendance | | | | |

| | Reference #: DM0212554 / 192808 | US$1,952.50 |

| **Total to Bill This Contract:** | US$4,902.50 |
|---|---|
| **Tax Amount:** | US$435.09 |
| **Total Amount Due:** | US$5,337.59 |

Please note, TransPerfect always prefers to receive payments electronically whenever possible.

| **PAYMENT INSTRUCTIONS** | |
|---|---|
| **Please remit payment to:** | **Wire Transfer Details:** |
| TransPerfect Document Management, Inc. | **Signature NY** |
| Attn.: Accounts Receivable | **A/C #: 1500646914** |
| 1250 Broadway, 32nd Floor | **ABA Routing #: 026013576** |
| New York, NY 10001 | **SWIFT CODE: SIGNUS33** |
| 212.689.5555 | |
| ar@transperfect.com | |

**Please reference the Contract # DM0206298 and Invoice # 055483COMB with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

**Appendix D**

*Second TransPerfect Invoice*
*Highlighted by Ms. Cui's Counsel*



Bill To:

Aaron Halegua, PLLC
Attn: Aaron Halegua
524 Broadway,
11th Floor
New York, NY 10012
USA

Requested By:

Aaron Halegua
Aaron Halegua, PLLC
524 Broadway,
11th Floor
New York, NY 10012
USA

| Invoice #: | 056660COMB | Sales Contact: | Kevin Feliciano (kfeliciano@transperfect.com) |
| Invoice Date: | 10/27/2021 | | |
| Invoice Due: | 11/26/2021 | Payment Terms: | Net 30 |

Purchase Order #:
Reference #:  DM0216771 / 196396
Case Name:  Tianming Wang v. Imperial Pacific International (CNMI), LLC
Matter #:  Tianming Wang
Requested Date:  10/21/2021
Project Notes:  Case: Tianming Wang
October 2021 Digital Forensics

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| - | | | | |
| Forensic - Consulting | 2.00 | Hours | 355.000 | 710.00 |
| SIM Card Acquisition, iCloud Access Attempts, Declaration Composition | | | | |
| Hourly - Off-Hours | 2.50 | Hours | 445.000 | 1,112.50 |
| Standby & Testimony | | | | |

Reference #:  DM0216771 / 196396                    US$1,822.50

Purchase Order #:
Reference #:  DM0214387 / 195339
Case Name:  Tianming Wang v. Imperial Pacific International (CNMI), LLC
09/09/2021
Project Notes:  Case: Tianming Wang v. Imperial Pacific International (CNMI), LLC

September 2021 Digital Forensics

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| - | | | | |
| Forensic HD Collection-Lab | 1.00 | Each | 590.000 | 590.00 |
| Forensic Image Acquisition of HP Computer Hard Drive | | | | |
| Storage Drive Set - 1 TB | 1.00 | Each | 230.000 | 230.00 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM
1 of 2

| | | | | |
|---|---|---|---|---|
| Storage Media for Acquired Forensic Image | | | | |
| Forensic - Analysis | 9.00 | Hours | 355.000 | 3,195.00 |
| Forensic Analysis of HP Computer Hard Drive Image | | | | |
| Forensic - Consulting | 5.00 | Hours | 355.000 | 1,775.00 |
| Senior Forensic Consulting - Declaration Composition | | | | |
| | Reference #: | DM0214387 / 195339 | | US$5,790.00 |

| | |
|---|---|
| Total to Bill This Contract: | US$7,612.50 |
| Tax Amount: | US$675.60 |
| Total Amount Due: | US$8,288.10 |

PAYMENT INSTRUCTIONS   Please note, TransPerfect always prefers to receive payments electronically whenever possible.

Please remit payment to:
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

Wire Transfer Details:
Signature NY
A/C #: 1500646914
ABA Routing #: 026013576
SWIFT CODE: SIGNUS33

Please reference the Contract # DM0216771 and Invoice # 056660COMB with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.