F I L E D
Clerk
District Court
MAR 10 2022
for the Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

1:18-cv-00030                                    March 10, 2022
                                                 9:05 a.m.

**TIANMING WANG, et al. -vs- GOLD MANTIS CONSTRUCTION DECORATION (CNMI), LLC, et al.**

PRESENT:   HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
           JENNY CHHEA, LAW CLERK
           HEIDI DOOGAN, COURT REPORTER
           FRANCINE ATALIG, COURTROOM DEPUTY
           AARON HALEGUA, ATTORNEY FOR PLAINTIFF (via vtc)
           BRUCE BERLINE, ATTORNEY FOR PLAINTIFF
           JOEY SAN NICOLAS, ATTORNEY FOR CUI LIJIE
           JEREMIAH WOLFE, SENIOR INVESTIGATOR
           CUI LIJIE, THIRD-PARTY WITNESS
           YUE WANG, INTERPRETER FOR CUI LIJIE
           DANIEL WEINER, PRO HAC VICE ATTORNEY FOR DEFENDANT IPI (via vtc)
           TAO XING, IPI REPRESENTATIVE

PROCEEDINGS:   EVIDENTIARY HEARING

Attorney Halegua called its **2nd Witness** to the stand: Witness Sworn **Cui Lijie**, Third Party Witness. DX.CX.RDX.

Attorney Halegua conducted direct examination of the witness. Attorney San Nicolas, on behalf of Ms. Cui Lijie, asserted her 5th amendment right and was overruled. Attorney Halegua continued with direct examination. Court ruled on all objections.

Court ordered the witness not to discuss this case with anyone. Court recessed at 10:05 a.m. and reconvened at 10:25 a.m.

Attorney Halegua continued with direct examination. Attorney San Nicolas conducted cross examination. Attorney Halegua conducted redirect examination. Court had questions for the witness. Court ruled on all objections.

Attorney Halegua called its **3rd Witness** to the stand: Witness Sworn **Fely Forbes**, IT&E Employee. DX.CX.RDX.RCX.

Attorney Halegua conducted direct examination of the witness. Attorney San Nicolas conducted cross examination. Attorney Halegua conducted redirect examination. Attorney San Nicolas conducted recross examination. Court had questions for the witness. Counsel had questions for the witness after Court's questions. Attorney San Nicolas apprised the Court they intend to call a rebuttal witness.

Court recessed for lunch at 12:40 p.m. and reconvened at 2:15 p.m.

Attorney San Nicolas called a rebuttal witness to the stand.

**Jeremiah Wolfe:** Rebuttal Witness. DX.CX.RDX.

Witness was previously sworn. Attorney San Nicolas conducted direct examination of the witness. Exhibit F withdrawn by Attorney San Nicolas. Attorney San Nicolas moved to admit exhibit G into evidence. Without objection, Court received exhibit G into evidence. Attorney San Nicolas moved to admit exhibit H into evidence. Attorney Halegua objected to the admission of exhibit H. Court ruled on the objection and received exhibit H into evidence. Attorney San Nicolas moved to admit exhibits I and J into evidence. Without objection, Court received exhibits I and J into evidence. Attorney Halegua conducted cross examination of the witness. Attorney San Nicolas conducted cross examination. Court ruled on all objections.

Attorney San Nicolas made closing arguments regarding response to the order to show cause.

Court recessed at 3:40 p.m. and reconvened at 3:50 p.m.

Attorney Halegua conducted closing arguments. Attorney San Nicolas made rebuttal arguments.

Court entered findings that Ms. Cui Lijie has purged her contempt. Court apprised counsel it will not hold further hearings regarding ESI. Court ordered that TLS be allowed to hold on to the ESI. Court imposed sanctions that were previously imposed. Attorney San Nicolas to submit total sanctions imposed to Attorney Halegua for review and the final numbers to be submitted to the Court by Friday, March 18, 2022. Court to review accrued attorney's fees and an order to be issued.

      Court set a **Status Conference** for **April 13, 2022 at 8:30 a.m.** to review outstanding order regarding payment.

      Court granted Plaintiff's request to be awarded cost for bringing the motion for an order to show cause up until purging contempt today. Attorney Halegua to file a petition for supplemental for attorney's fees.

                                              Adjourned at 5:15 p.m.
                                              /s/ Francine Atalig, Courtroom Deputy