AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

FILED
Clerk
District Court

APR 15 2022

for the Northern Mariana Islands
By _____
(Deputy Clerk)

| | |
|---|---|
| TIANMING WANG ET AL | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:18-cv-00030 |
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC | ) |
| *Defendant* | ) |

## AMENDED
## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** The Court directs the Clerk to enter an amended judgment in favor of Plaintiff and against Defendant reflect the amount of $5,430,595.58, plus $687,793.70 in attorneys' fees, plus post-judgment interest at the applicable federal rate on May 26, 2021.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Ramona V. Manglona on a motion for Plaintiffs' Petition for Attorney Fees Against IPI (ECF 226).

Date: 04/14/2022
Nunc Pro Tunc, 5/26/2021

*CLERK OF COURT*

*[signature]*
**HEATHER L. KENNEDY**

*Signature of Clerk or Deputy Clerk*