F I L E D
Clerk
District Court

MAY 04 2022

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRIC COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

U.S.A. FANTER CORPORATION, LTD.,

        Plaintiff,

    vs.

IMPERIAL PACIFIC INTERNATIONAL
(CNMI), LLC,

        Defendant.

_____

TIANMING WANG, et. al.,

        Plaintiffs,

    vs.

GOLD MANTIS CONSTRUCTION
DECORATION (CNMI), LLC, et. al.,

        Defendants.

Case No. 1:20-CV-00003
Case No. 1:18-CV-00030

**ORDER GRANTING CUI ACCESS TO**
**RETRIEVE BELONGINGS**

    For GOOD CAUSE appearing therefore, Third Party Lijie Cui's application to retrieve her safe and her personal belongings (ECF No. 263) from Imperial Pacific Resort and Casino is hereby GRANTED.

    SO ORDERED this 4th day of May, 2022.

RAMONA V. MANGLONA
Chief Judge